JONATHAN H. BLAVIN (State Bar No. 230269)
jonathan.blavin@mto.com
NICHOLAS D. FRAM (State Bar No. 288293)
nicholas.fram@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:  (415) 512-4000
Facsimile:  (415) 512-4077

Attorneys for LinkedIn Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LinkedIn Corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Does, 1 through 100 inclusive,<br><br>　　　　Defendants. | Case No. 5:16-cv-4463<br><br>**PLAINTIFF LINKEDIN CORPORATION'S FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT AND CIVIL LOCAL RULE 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

| | |
|---|---|
| 1 | Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Civil Local Rule 3-15 of |
| 2 | the United States District Court for the Northern District of California, Plaintiff LinkedIn |
| 3 | Corporation ("LinkedIn") hereby files its corporate disclosure statement and certification of |
| 4 | interested entities or persons. |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Civil Local Rule 3-15 of the United States District Court for the Northern District of California, Plaintiff LinkedIn Corporation ("LinkedIn") hereby files its corporate disclosure statement and certification of interested entities or persons.

LinkedIn states that it has no parent corporation and that no publicly held corporation owns more than 10% of LinkedIn's stock.

Pursuant to Civil Local Rule 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- LinkedIn is a publicly traded company. The only persons or entities that own more than 10% of LinkedIn's outstanding common stock are Reid Hoffman and Michelle Yee (as Trustees of the Reid Hoffman and Michelle Yee Living Trust dated October 27, 2009);
- The people currently serving on LinkedIn's Board of Directors are: Reid Hoffman, A. George "Skip" Battle, Leslie Kilgore, Stanley J. Meresman, Michael J. Moritz, David Sze, and Jeffrey Weiner;
- As of this date, LinkedIn is unaware of any person or entity, other than the named parties, with a financial or other interest that could be substantially affected by the outcome of the proceeding.

These representations are made to enable the Court to evaluate possible disqualification or recusal.

-1-
LINKEDIN'S DISCLOSURE STMT.
AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
CASE NO. 5:16-CV-446363

| | | |
|---|---|---|
| DATED: August 8, 2016 | | MUNGER, TOLLES & OLSON |

By: */s/ Jonathan H. Blavin*
JONATHAN H. BLAVIN

Attorneys for LinkedIn Corportation