1  JONATHAN H. BLAVIN (State Bar No. 230269)
   jonathan.blavin@mto.com
2  NICHOLAS D. FRAM (State Bar No. 288293)
   nicholas.fram@mto.com
3  MUNGER, TOLLES & OLSON LLP
   560 Mission Street
4  Twenty-Seventh Floor
   San Francisco, California 94105-2907
5  Telephone:    (415) 512-4000
   Facsimile:    (415) 512-4077
6
   Attorneys for LinkedIn Corporation
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11

12 | LinkedIn Corporation,            | Case No. 16-cv-04463-LHK
13 |         Plaintiff,               | **NOTICE OF APPEARANCE**
14 |     vs.                          |
15 | Does, 1 through 100 inclusive,   |
16 |         Defendants.              |

17

18       TO THE COURT, ALL PARTIES AND ATTORNEYS OF RECORD:

19       PLEASE TAKE NOTICE that Nicholas D. Fram (SBN 288293) hereby appears as counsel

20  of record in this action for LinkedIn Corporation.  Mr. Fram is a member of the State Bar of

21  California and admitted to practice in the Northern District of California.  Service may be made

22  using the contact information below.

23          Nicholas D. Fram (SBN 288293)
            Munger, Tolles & Olson LLP
24          560 Mission Street, 27th Floor
            San Francisco, CA  94105
25          Telephone:    (415) 512-4000
            Facsimile:    (415) 512-4077
26          Nicholas.fram@mto.com

27

28

                                                                              16-cv-04463-LHK
                                    NOTICE OF APPEARANCE

DATED: August 9, 2016

MUNGER, TOLLES & OLSON LLP
    JONATHAN H. BLAVIN
    NICHOLAS D. FRAM

By:   */s/Nicholas D. Fram*
    NICHOLAS D. FRAM
Attorneys for LinkedIn Corporation