1  JONATHAN H. BLAVIN (State Bar No. 230269)
   jonathan.blavin@mto.com
2  NICHOLAS D. FRAM (State Bar No. 288293)
   nicholas.fram@mto.com
3  MUNGER, TOLLES & OLSON LLP
   560 Mission Street
4  Twenty-Seventh Floor
   San Francisco, California 94105-2907
5  Telephone:    (415) 512-4000
   Facsimile:    (415) 512-4077
6
7  Attorneys for LinkedIn Corporation

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10

11

12 | LinkedIn Corporation,              | Case No. 5:16-CV-04463-LHK-NMC
13 |                 Plaintiff,         |
                                        | **[PROPOSED] ORDER GRANTING
14 |                                    | PLAINTIFF LINKEDIN
          vs.                           | CORPORATION'S ADMINISTRATIVE
15 |                                    | REQUEST PURSUANT TO LOCAL
   | Does, 1 through 100 inclusive,     | RULE 7-11 FOR LEAVE TO SEEK
16 |                                    | EXPEDITED DISCOVERY PRIOR TO
                 Defendants.            | RULE 26 CONFERENCE**
17

1 **[PROPOSED] ORDER**

2  Plaintiff LinkedIn Corporation ("LinkedIn") moved, pursuant to Local Rule 7-11, for an
3 order allowing it to conduct expedited third-party discovery for the limited purpose of obtaining
4 the names, current and former addresses, telephone numbers, e-mail addresses, activity logs,
5 and/or other information that may be used to identify the Doe Defendants (the "Discovery
6 Motion").

7  For the reasons stated in the Discovery Motion and supporting papers, good cause exists to
8 grant the Discovery Motion. The need for the discovery sought by LinkedIn outweighs any
9 prejudice to the entity from whom the discovery is sought.

10  IT IS HEREBY ORDERED: the Discovery Motion is GRANTED.

13 DATED: August ___, 2016

16   By:_____
       Hon. Nathanael M. Cousins
17     United States Magistrate Judge

-1-

CASE NO. 5:16-CV-04463-LHK-NMC
[PROPOSED] ORDER GRANTING LEAVE TO SEEK EXPED. DISC.

-2-

Submitted by:

MUNGER, TOLLES & OLSON LLP

By: */s/ Jonathan H. Blavin*
     JONATHAN H. BLAVIN

    Attorneys for Plaintiff LinkedIn Corporation