1 | JONATHAN H. BLAVIN (State Bar No. 230269)
jonathan.blavin@mto.com
2 | NICHOLAS D. FRAM (State Bar No. 288293)
nicholas.fram@mto.com
3 | MUNGER, TOLLES & OLSON LLP
560 Mission Street
4 | Twenty-Seventh Floor
San Francisco, California 94105-2907
5 | Telephone:   (415) 512-4000
   Facsimile:   (415) 512-4077
6 |
7 | Attorneys for LinkedIn Corporation

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| LinkedIn Corporation, | Case No. 5:16-CV-04463-LHK-NMC |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING PLAINTIFF LINKEDIN CORPORATION'S MOTION TO SHORTEN TIME ON ITS ADMINISTRATIVE REQUEST PURSUANT TO LOCAL RULE 7-11 FOR LEAVE TO SEEK EXPEDITED DISCOVERY PRIOR TO RULE 26 CONFERENCE** |
| vs. | |
| Does, 1 through 100 inclusive, | |
| Defendants. | |

**[PROPOSED] ORDER**

Plaintiff LinkedIn Corporation ("LinkedIn") moved, pursuant to Local Civil Rule 6-3, for an order shortening time for a hearing (the "Local Rule 6-3 Motion") on its Administrative Request Pursuant to Local Rule 7-11 For Leave to Seek Expedited Discovery Prior to Rule 26 Conference (the "Discovery Motion").  LinkedIn requested that the Court either hear its Discovery Motion as soon as the Court's calendar permits or that the Court rule on the Discovery Motion without a hearing as soon as reasonably practicable given the Court's calendar.

For the reasons stated in the Local Rule 6-3 Motion and supporting papers, hearing the Discovery Motion on a regular briefing schedule would have caused LinkedIn prejudice, because LinkedIn cannot identify and serve the Doe Defendants without the requested discovery.  Because the Doe Defendants have not been located despite LinkedIn's best efforts, there is no reason to delay consideration of either the Local Rule 6-3 Motion or the Discovery Motion.

IT IS HEREBY ORDERED: LinkedIn's Local Rule 6-3 Motion is GRANTED.  As indicated by the checked box below:

[  ] The Court will rule on the Discovery Motion without a hearing as soon as reasonably practicable given the Court's calendar.

[  ] The Court will hear the Discovery Motion on _____, 2016.

DATED: August ___, 2016

By:_____
Hon. Nathanael M. Cousins
United States Magistrate Judge

Submitted by:

MUNGER, TOLLES & OLSON LLP

By:    */s/ Jonathan H. Blavin*
JONATHAN H. BLAVIN

Attorneys for Plaintiff LinkedIn Corporation

-1-