1  JONATHAN H. BLAVIN (State Bar No. 230269)
   jonathan.blavin@mto.com
2  NICHOLAS D. FRAM (State Bar No. 288293)
   nicholas.fram@mto.com
3  MUNGER, TOLLES & OLSON LLP
   560 Mission Street
4  Twenty-Seventh Floor
   San Francisco, California 94105-2907
5  Telephone:   (415) 512-4000
   Facsimile:   (415) 512-4077

6  Attorneys for LinkedIn Corporation

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LinkedIn Corporation,<br><br>       Plaintiff,<br><br>   vs.<br><br>Does, 1 through 100 inclusive,<br><br>      Defendants. | Case No. 5:16-CV-04463-LHK-NMC<br><br>**ORDER GRANTING PLAINTIFF LINKEDIN CORPORATION'S MOTION TO SHORTEN TIME ON ITS ADMINISTRATIVE REQUEST PURSUANT TO LOCAL RULE 7-11 FOR LEAVE TO SEEK EXPEDITED DISCOVERY PRIOR TO RULE 26 CONFERENCE** |

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Plaintiff LinkedIn Corporation ("LinkedIn") moved, pursuant to Local Civil Rule 6-3, for |
| 3 | an order shortening time for a hearing (the "Local Rule 6-3 Motion") on its Administrative |
| 4 | Request Pursuant to Local Rule 7-11 For Leave to Seek Expedited Discovery Prior to Rule 26 |
| 5 | Conference (the "Discovery Motion"). LinkedIn requested that the Court either hear its Discovery |
| 6 | Motion as soon as the Court's calendar permits or that the Court rule on the Discovery Motion |
| 7 | without a hearing as soon as reasonably practicable given the Court's calendar. |
| 8 | For the reasons stated in the Local Rule 6-3 Motion and supporting papers, hearing the |
| 9 | Discovery Motion on a regular briefing schedule would have caused LinkedIn prejudice, because |
| 10 | LinkedIn cannot identify and serve the Doe Defendants without the requested discovery. Because |
| 11 | the Doe Defendants have not been located despite LinkedIn's best efforts, there is no reason to |
| 12 | delay consideration of either the Local Rule 6-3 Motion or the Discovery Motion. |
| 13 | IT IS HEREBY ORDERED: LinkedIn's Local Rule 6-3 Motion is GRANTED. As |
| 14 | indicated by the checked box below: |
| 15 | [ ] The Court will rule on the Discovery Motion without a hearing as soon as reasonably |
| 16 | practicable given the Court's calendar. |
| 17 | [ X ] The Court will hear the Discovery Motion on August 24, 2016 at 1:00 p.m. in |
| 18 | Courtroo m 7, 4th Floor, San Jose. |

DATED: August 18, 2016

By: _____
Hon. Na...
United S...



GRANTED
Judge Nathanael M. Cousins

Submitted by:

MUNGER, TOLLES & OLSON LLP

By: */s/ Jonathan H. Blavin*
    JONATHAN H. BLAVIN

Attorneys for Plaintiff LinkedIn Corporation

-1-