JONATHAN H. BLAVIN (State Bar No. 230269)
jonathan.blavin@mto.com
NICHOLAS D. FRAM (State Bar No. 288293)
nicholas.fram@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:     (415) 512-4000
Facsimile:      (415) 512-4077

Attorneys for LinkedIn Corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LinkedIn Corporation,<br><br>             Plaintiff,<br><br>      vs.<br><br>Does, 1 through 100 inclusive,<br><br>             Defendants. | Case No. 5:16-CV-04463-LHK-NMC<br><br>**DECLARATION OF ADAM WEINSTEIN IN SUPPORT OF PLAINTIFF LINKEDIN CORPORATION'S ADMINISTRATIVE MOTION PURSUANT TO CIVIL LOCAL RULE 7-11 TO TAKE ADDITIONAL DISCOVERY PRIOR TO RULE 26 CONFERENCE** |

I, Adam Weinstein, declare as follows:

1. I am a Senior Manager, Business Development, Platform and Emerging Products. I base the contents of this declaration on my own personal knowledge, and if called to testify as a witness in this action, I could and would testify competently to what I stated herein.

2. My job responsibilities at LinkedIn include working on security efforts within LinkedIn's product organization, with a focus on protecting LinkedIn member data.

3. LinkedIn is the world's largest professional network, with more than 450 million members in over 200 countries and territories around the globe. LinkedIn's mission is to connect the world's professionals to make them more productive and successful. Through its proprietary platform, LinkedIn allows its members to create, manage and share their professional histories and interests online.

4. During periods of time since December 2015, unknown persons and/or entities (the "Doe Defendants") employing various automated software programs (often referred to as "bots") have accessed, extracted, and copied data from many LinkedIn pages using a practice known as data "scraping."

5. LinkedIn's security engineers have continued to investigate these scraping events in an attempt to identify the Doe Defendants. LinkedIn recently became aware of data taken from a scraping event this past spring on a virtual server operated by third party Amazon Web Services ("AWS"), which provides cloud computing services. LinkedIn's analysis of the data found on the AWS server showed that each record contained a last visited time stamp that matched LinkedIn's records of scraping activity during the incident this past spring. Additionally, metadata on the virtual server indicated that it had been on AWS since July of this year, shortly after the period of time that LinkedIn's records show the scraping incident to have occurred.

6. LinkedIn knows the IP address of the virtual server in AWS's platform where the illicitly taken LinkedIn data is stored. LinkedIn believes that AWS is knowledgeable about the identity of the party that is storing this obtained LinkedIn data on AWS virtual servers and could readily identify the particular AWS accounts associated with the IP address that LinkedIn has traced.

7. LinkedIn has no means of obtaining this information apart from AWS. According to AWS's guidelines, AWS will not release customer information absent a valid legal demand, such as a subpoena. A copy of AWS's guidelines is attached as Exhibit A.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on November 9, 2016, at Mountain View, California.

*/s/ Adam Weinstein*

Adam Weinstein

# Exhibit A

**Amazon Law Enforcement Guidelines**

These guidelines are intended for use by law enforcement when seeking information from Amazon.com and Amazon Web Services ("Amazon").

*Required Legal Process*

Amazon will not release customer information without a valid and binding legal demand properly served on us.  Amazon objects to overbroad or otherwise inappropriate demands as a matter of course.

Amazon distinguishes between content and non-content information.  We produce non-content information only in response to valid and binding subpoenas.  We do not produce content information in response to subpoenas.  We may produce non-content and content information in response to valid and binding search warrants.

"Non-content" information means subscriber information such as name, address, email address, billing information, date of account creation, and certain purchase history and service usage information.

"Content" information means the content of data files stored in a customer's account.

*Method of Service*

Amazon does not accept service of subpoenas, search warrants, or other legal process except through Amazon's national registered agent, Corporation Service Company ("CSC").  Legal process may be served by mailing process to CSC at the following address (the CSC office in your jurisdiction may be located through the Secretary of State's website):

Amazon.com, Inc.
Corporation Service Company
300 Deschutes Way SW, Suite 304
Tumwater, WA 98501
Attn: Legal Department – Subpoena

*Requests from Non-U.S. Law Enforcement*

A non-U.S. law-enforcement agency seeking to obtain data from Amazon must work through the available legal and diplomatic channels in its jurisdiction, including through bi-lateral or multi-lateral legal assistance treaties ("MLATs") or letters rogatory processes.  Such international requests may be made to the U.S. Department of Justice Office of International Affairs.

1

*Other Information*

*Preservation.*  Upon receipt of a lawful and binding request Amazon will preserve requested information for up to 90 days.

*Notification.*  Unless it is prohibited from doing so or has clear indication of illegal conduct in connection with the use of Amazon products or services, Amazon notifies customers before disclosing content information.

*Emergencies.*  Amazon reserves the right to respond immediately to urgent law enforcement requests for information in cases involving a threat to public safety or risk of harm to any person.

*Amazon Devices.*  Amazon will assist law enforcement to return lost or stolen Amazon devices to their rightful owners.  Law enforcement agencies should provide Amazon with the serial number of the device, in which case Amazon will attempt to contact the rightful owner directly and provide law enforcement contact information.

*Fraudulent and Other Unauthorized Conduct.*  Amazon reserves the right to assist law enforcement agencies in their investigation of fraudulent and other unauthorized conduct, such as fraudulent use of a payment instrument or a stolen credit card, including by providing certain non-content information without a subpoena.

*Reimbursement.*  Amazon may seek reimbursement for costs associated with responding to law enforcement requests for information, particularly if the costs incurred are the result of responding to burdensome or unique requests.