1   JONATHAN H. BLAVIN (State Bar No. 230269)
    jonathan.blavin@mto.com
2   NICHOLAS D. FRAM (State Bar No. 288293)
    nicholas.fram@mto.com
3   MUNGER, TOLLES & OLSON LLP
    560 Mission Street
4   Twenty-Seventh Floor
    San Francisco, California 94105-2907
5   Telephone:     (415) 512-4000
    Facsimile:     (415) 512-4077
6
    Attorneys for LinkedIn Corporation
7

8                    **UNITED STATES DISTRICT COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

10

11

12  LinkedIn Corporation,                 | Case No. 5:16-CV-04463-LHK-NMC

13              Plaintiff,                 | **[PROPOSED] ORDER GRANTING
                                             PLAINTIFF LINKEDIN
14        vs.                               CORPORATION'S ADMINISTRATIVE
                                             MOTION PURSUANT TO CIVIL LOCAL
15                                           RULE 7-11 FOR LEAVE TO TAKE
    Does, 1 through 100 inclusive,           ADDITIONAL DISCOVERY PRIOR TO
16                                           RULE 26 CONFERENCE**

17              Defendants.

18

19

20

21

22

23

24

25

26

27

28

1

**[PROPOSED] ORDER**

2      Plaintiff LinkedIn Corporation ("LinkedIn") moved, pursuant to Local Rule 7-11, for an

3   order allowing it to conduct additional third party discovery from Amazon Web Services ("AWS")

4   for the limited purpose of obtaining the names, current and former addresses, and/or other

5   information that may be used to identify the Doe Defendants (the "Motion").

6      For the reasons stated in the Motion and supporting papers, all of the elements necessary to

7   grant expedited discovery are present and good cause exists to grant the Motion. The need for the

8   discovery sought by LinkedIn outweighs any prejudice to AWS.

9      IT IS HEREBY ORDERED: the Motion is GRANTED. LinkedIn may serve discovery on

10  AWS covering the time period December 2015 through the present.

11

12

13  DATED: November ___, 2016

14

15

16                                              By:_____
                                                    Hon. Nathanael M. Cousins
17                                                  United States Magistrate Judge

18

19

20

21

22

23  Submitted by:

24  MUNGER, TOLLES & OLSON LLP

25
    By:___/s/ Jonathan H. Blavin_____
26          JONATHAN H. BLAVIN

27      Attorneys for Plaintiff LinkedIn Corporation

28

-1-