SEYFARTH SHAW LLP
KENNETH L. WILTON (SBN 126557)
E-mail: kwilton@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

CARRIE P. PRICE (SBN 292161)
E-mail: cprice@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105-2930
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendants
SCRAPING HUB LIMITED,
PABLO HOFFMAN AND
SHANE EVANS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE

| | |
|---|---|
| LinkedIn Corporation,<br><br>        Plaintiff,<br><br>  v.<br><br>Scraping Hub Limited, Pablo Hoffman and Shane Evans,<br><br>        Defendants. | Case No. 5:16-cv-4463-LHK-NC<br><br>**STIPULATION EXTENDING DEADLINE FOR SCRAPING HUB LIMITED TO RESPOND TO THE SECOND AMENDED COMPLAINT**<br><br>Judge:   Hon. Lucy H. Koh |

STIPULATION EXTENDING DEADLINE FOR SCRAPING HUB LIMITED TO RESPOND TO COMPLAINT
CASE NO. 5:16-CV-4463-LHK

40262176v.1

Pursuant to Local Rule 6-1(a), Plaintiff LINKEDIN CORPORATION and Defendant SCRAPING HUB LIMITED, by and through their undersigned counsel, hereby stipulate to extend the deadline for Defendant SCRAPING HUB LIMITED to answer or otherwise respond to the Complaint from August 3, 2017 to September 1, 2017. This extension only applies to Defendant SCRAPING HUB LIMITED and, by entering into this stipulation, Defendant SCRAPING HUB LIMITED does not waive any challenges it may have to this Court's personal jurisdiction.

This extension will not change any deadlines set by the Court, and the parties shall comply with all Court scheduling orders issued to date. This is Defendant SCRAPING HUB LIMITED's first extension of the deadline to answer or otherwise respond.

**IT IS SO STIPULATED.**

DATED: August 3, 2017

By: */s/ Kenneth L. Wilton*
Kenneth L. Wilton
Attorneys for Defendant Scraping Hub Limited, Pablo Hoffman and Shane Evans

By: */s/ Jonathan H. Blavin*
Jonathan H. Blavin
Attorneys for Plaintiff LinkedIn Corporation

**N.D. Cal. Civil Local Rule 5-1 Attestation**

I, Kenneth L. Wilton, am the ECF user whose credentials were utilized in the electronic filing of this document. In accordance with N.D. Cal. Civil Local Rule 5-1(i)(3), I hereby attest that Jonathan Blavin concurred in the filing of this document.

By: */s/ Kenneth L. Wilton*
Kenneth L. Wilton