SEYFARTH SHAW LLP
KENNETH L. WILTON (SBN 126557)
E-mail: kwilton@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

CARRIE P. PRICE (SBN 292161)
E-mail: cprice@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105-2930
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendants
SCRAPING HUB LIMITED,
PABLO HOFFMAN AND
SHANE EVANS

JONATHAN H. BLAVIN (State Bar No. 230269)
Email: jonathan.blavin@mto.com
NICHOLAS D. FRAM (State Bar No. 288293)
Email: nicholas.fram@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

Attorneys for Plaintiff
LINKEDIN CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE

| | |
|---|---|
| LinkedIn Corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>Scraping Hub Limited, Pablo Hoffman and Shane Evans,<br><br>        Defendants. | Case No. 5:16-cv-4463-LHK-NC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR SCRAPING HUB LIMITED TO RESPOND TO THE SECOND AMENDED COMPLAINT**<br><br>Judge:   Hon. Lucy H. Koh |

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR SCRAPING HUB LIMITED TO RESPOND TO THE SECOND AMENDED COMPLAINT - CASE NO. 5:16-CV-4463-LHK

40652152v.2

Pursuant to Local Rule 6-2, Plaintiff LINKEDIN CORPORATION ("LinkedIn") and Defendant SCRAPING HUB LIMITED ("Scraping Hub"), by and through their undersigned counsel, hereby stipulate to extend the deadline for Scraping Hub to answer or otherwise respond to LinkedIn's Second Amended Complaint (the "Complaint," Dkt. 39) from September 1, 2017 to October 19, 2017.

The parties previously stipulated to extend Scraping Hub's deadline to respond to the Complaint from August 3, 2017 to September 1, 2017. [Dkt. 53]. However, the response deadline for the individual defendants, Pablo Hoffman and Shane Evans, is October 19, 2017. As a result, to streamline the proceedings and accommodate other scheduling considerations, the parties have stipulated and agreed that the response deadline for all defendants should be the same date: October 19, 2017.

By entering into this stipulation, Scraping Hub does not waive any challenges it may have to this Court's jurisdiction.

This extension will not directly change any deadlines set by the Court, but will result in Scraping Hub's response being due after the October 18, 2017, Scheduling Conference [Dkt. 54].

**IT IS SO STIPULATED.**

DATED: August 29, 2017

By: */s/ Carrie P. Price*
Carrie P. Price
Attorneys for Defendants
SCRAPING HUB LIMITED,
PABLO HOFFMAN AND SHANE EVANS

By: */s/ Jonathan H. Blavin*
Jonathan H. Blavin
Attorneys for Plaintiff
LINKEDIN CORPORATION

**N.D. Cal. Civil Local Rule 5-1 Attestation**

I, Carrie P. Price, am the ECF user whose credentials were utilized in the electronic filing of this document. In accordance with N.D. Cal. Civil Local Rule 5-1(i)(3), I hereby attest that Jonathan Blavin concurred in the filing of this document.

By: */s/ Carrie P. Price*
Carrie P. Price

1

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR SCRAPING HUB LIMITED TO RESPOND TO THE SECOND AMENDED COMPLAINT - CASE NO. 5:16-CV-4463-LHK

40652152v.2

# [PROPOSED] ORDER

Pursuant to the stipulation of the parties, IT IS SO ORDERED that the deadline for Defendant SCRAPING HUB LIMITED to respond to the Complaint shall be October 19, 2017.

DATED: _____, 2017

---

The Honorable Lucy H. Koh
U.S. District Court Judge

2

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR SCRAPING HUB LIMITED TO RESPOND TO THE SECOND AMENDED COMPLAINT - CASE NO. 5:16-CV-4463-LHK

40652152v.2