UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LINKEDIN CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>SCRAPING HUB LIMITED, et al.,<br><br>    Defendants. | Case No. 16-CV-04463-LHK<br><br>**ORDER GRANTING STIPULATION TO STAY CASE AND ADMINISTRATIVELY CLOSING CASE** |

The parties request that this case be stayed until the resolution of the Ninth Circuit appeal of *hiQ Labs, Inc. v. LinkedIn Corp.*, No. 17 Civ. 3301-EMC (N.D. Cal. Aug. 14, 2017). ECF No. 59. The Court agrees with the parties that the Ninth Circuit's decision may provide significant guidance concerning critical issues in this case. The Court therefore grants the parties' stipulation to stay the case until the appeal is resolved. Plaintiff shall notify the Court within 7 days of the Ninth Circuit's resolution of the *hiQ Labs* appeal.

The Clerk shall ADMINISTRATIVELY CLOSE the file pending the stay of this action. This has no legal effect; it is purely a statistical procedure. When Plaintiff informs the Court that the *hiQ Labs* appeal has been resolved, the case will be administratively re-opened.

**IT IS SO ORDERED.**

Dated: October 5, 2017

_____
LUCY H. KOH
United States District Judge