```
1  JONATHAN H. BLAVIN (State Bar No. 230269)
   jonathan.blavin@mto.com
2  NICHOLAS D. FRAM (State Bar No. 288293)
   nicholas.fram@mto.com
3  MUNGER, TOLLES & OLSON LLP
   560 Mission Street, 27th Floor
4  San Francisco, California 94105-2907
   Telephone:    (415) 512-4000
5  Facsimile:    (415) 512-4077

6  Attorneys for Plaintiffs

7  KENNETH L. WILTON (State Bar No. 126557)
   kwilton@seyfarth.com
8  SEYFARTH SHAW LLP
   2029 Century Park East, Suite 3500
9  Los Angeles, California 90067-3021
   Telephone:    (310) 277-7200
10 Facsimile:    (310) 201-5219

11 Attorneys for Defendants
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| LinkedIn Corporation and LinkedIn Ireland Unlimited Company,<br><br>                    Plaintiffs,<br><br>        vs.<br><br>Scraping Hub Limited, Pablo Hoffman and Shane Evans,<br><br>                    Defendants. | Case No. 16-cv-04463-LHK<br><br>**Notice of Settlement and [Proposed] Order**<br><br>Judge:    Hon. Lucy H. Koh |

The parties write to inform the Court that they have reached a settlement of this matter, and a written agreement memorializing that settlement. They are in the process of having the agreement signed by the parties. The settlement agreement requires Defendants to take certain actions by May 14, 2020. As soon as Defendants demonstrate that they have completed these actions required by the settlement agreement, the parties will file a stipulation of dismissal.

In light of the settlement, the parties jointly request that the Court continue Plaintiffs'

deadline to file an amended complaint (currently set for May 1, 2020) to June 1, 2020.  No other deadlines, including those for discovery, dispositive motions, or trial, would be affected by this requested adjustment, and, as noted above, the parties anticipate filing a stipulation of dismissal as soon as Defendants demonstrate compliance with the agreement, and in no event later than May 26, 2020.

DATED:  April 24, 2020            MUNGER, TOLLES & OLSON LLP

By:   */s/ Jonathan H. Blavin*
      JONATHAN H. BLAVIN

Attorneys for Plaintiffs

DATED:  April 24, 2020            SEYFARTH SHAW LLP

By:   */s/ Kenneth L. Wilton*
      KENNETH L. WILTON

Attorneys for Defendants

**N.D. Cal. Civil L.R. 5-1 Attestation**

I, Jonathan H. Blavin, am the ECF user whose credentials were utilized in the electronic filing of this document. In accordance with N.D. Cal. Civil Local Rule 5-1(i)(3), I hereby attest that Kenneth L. Wilton concurred in the filing of this document.

By:   */s/ Jonathan H. Blavin*
      Jonathan H. Blavin

**[PROPOSED] ORDER**

Plaintiffs' deadline to file an amended complaint is continued to June 1, 2020.

DATED:  April__, 2020

The Honorable Lucy H. Koh
U.S. District Judge